United States District Court
Southern District of Mississippi
Northern Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Jul 08 2025
ARTHUR JOHNSTON, CLERK
By: _____, Deputy Clerk

Gerald Boswell   plaintiff

v                                    CASE No. 3:25-cv-497-DPJ-ASH

Burl Cain et. al.   defendant

Order to show cause for preliminary injunction and temporary restraining order

Upon the complaint and supporting affidavits of plaintiff submitted herewith, it is:

Ordered that defendants show cause in room ____ of the United States Courthouse at 501 E. Court street Jackson, MS 39201, on the ____ day of _____, 2025, at ____ o'clock, why a preliminary injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendants, their successors in office, agents and employees, and all other persons acting in concert and participation with them, from violating plaintiff's Eighth Amendment to the Constitution of the United States right to protection from violence at the hands of other prisoners and right to be free from retaliation for filing this complaint.

It is further ordered that effective immediately and pending the hearing and determination of this order to show cause, the defendants, and each of their officers, agents, employees, and all persons acting in concert or participation with them, are restrained from violating plaintiff's Eighth Amendment to the Constitution of the United States right to protection from violence at the hands of other prisoners and right to be free from retaliation for filing this complaint by putting plaintiff in restrictive housing, using threats or intimidation, or any other campaign of harassment.

It is further ordered that the order to show cause, and all other papers attached to this application, be served on the aforesaid plaintiff by _____ date.

_____
United States District Judge

Dated: _____