Clerk of Court
United States District Court
501 E. Court Street
Jackson, MS 39201

July 14, 2025
3:25-CV-497



Re: Civil Rights Complaint filed by Gerald Boswell on July 8, 2025.

Dear Clerk,

I submitted my Civil Rights complaint along with a request for Preliminary Injunction and Temporary Restraing Order because the violation of my rights are ongoing and continuing to cause me irreparable harm. I want the court to help me by either issuing a temporary injunction and Restraining order or hold a hearing on the need for protection while the case is litigated. I only want the court to consider that issue because I have not completely exhausted the administrative remedies. I may have made a mistake by sending a Summons along with the other documents. If I should have waited until exhaustion of administrative remedies are completed before sending the Summons please don't have the Summons served on defendants until I complete the ARP process.

I filed an ARP at the institution level but have not received a response although I asked for expedited review. I can't get any information about the time limit for a response at Step I but

the inmate handbook says the total time for both Step 1 and step 2 should not be more than 90 days. Then I can move forward with my federal lawsuit under Section 1983.

Please let me know if there is anything else I need to do so my case is not dismissed for failure to exhaust administrative remedies.

Sincerely,
Gerald Boswell 239206

Gerald Boswell 239206
CMCF WC-C-C-21
P. O. Box 88550
Pearl, MS  39208