> AFTER REVIEWING THE CORRESPONDENCE FROM THIS COURT, IF YOU WISH TO DISMISS YOUR LAWSUIT YOU SHOULD SIGN THIS NOTICE OF VOLUNTARY DISMISSAL AND RETURN IT TO THE CLERK OF COURT WITHIN THIRTY DAYS.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
__NORTHERN__ DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 11 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

GERALD BOSWELL, #239206 .............................................................. PLAINTIFF

VERSUS                                      CIVIL ACTION NO. 3:25-cv-00497-DPJ-ASH

COMMISSIONER BURL CAIN, et al. ................................................. DEFENDANT(S)

### NOTICE OF VOLUNTARY DISMISSAL

As the plaintiff, I hereby dismiss this cause, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. I further attest that this motion is voluntarily made and is not based upon pressure or threats from any source whatsoever.

This the 6th day of August, 2025.

*Gerald Boswell*
Signature of Plaintiff

PSP-4

6