UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GERALD BOSWELL                                                                                    PLAINTIFF

V.                                                           CIVIL ACTION NO. 3:25-CV-497-DPJ-ASH

COMMISSIONER BURL CAIN, et al.                                                        DEFENDANTS

ORDER

Before the Court is pro se Plaintiff Gerald Boswell's Acknowledgment of Receipt [7] and Notice of Voluntary Dismissal [8] filed on August 11, 2025. The Acknowledgment of Receipt [7] certifies that the Plaintiff understands the consequences of the Prison Litigation Reform Act (PLRA) regarding this case and indicating that he wishes to continue with this case. The Notice of Voluntary Dismissal [8] states that Plaintiff "hereby dismiss[es] this cause, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure." Both the Acknowledgment of Receipt [7] and Notice of Voluntary Dismissal [8] were signed on August 6, 2025.

Because Plaintiff's intentions are unclear, he will be provided with an opportunity to clarify if he wishes to dismiss this case or proceed with this case. Accordingly, it is,

ORDERED that **within fourteen (14) days of the file-date of this Order**, Plaintiff must file a written signed response stating the following:

(a) state if Plaintiff wishes to continue with this case; **OR**

(b) state if Plaintiff wishes to voluntarily dismiss this case.

Plaintiff is advised that his failure to file a response to this Order in a timely manner or his failure to keep the Court informed of his current address may result in the dismissal of this case.

**SO ORDERED AND ADJUDGED** this the 12th day of August, 2025.

                                                                    s/ *Daniel P. Jordan III*
                                                                    UNITED STATES DISTRICT JUDGE