UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GERALD BOSWELL                                                                                          PLAINTIFF

V.                                                            CIVIL ACTION NO. 3:25-CV-497-DPJ-ASH

COMMISSIONER BURL CAIN, et al.                                                              DEFENDANTS

ORDER

On August 12, 2025, the Court entered an Order [9] directing Plaintiff Gerald Boswell to clarify his intentions as to his Notice of Voluntary Dismissal [8]. The Court asked Boswell to file a written response within 14 days, clarifying whether he wished to continue with this case OR whether he wished to voluntarily dismiss this case. Order [9] at 1. The Court warned Boswell that "his failure to file a response to the Order in a timely manner . . . may result in the dismissal of this case." *Id.*

Boswell did not respond, and the time to do so has passed. As such, the Court finds that Boswell wishes to voluntarily dismiss this action. Notice [8]. The Clerk is directed to dismiss this case.

A separate judgment will be entered as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 29th day of August, 2025.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE