UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GERALD BOSWELL                                                                                    PLAINTIFF

V.                                                                    CIVIL ACTION NO. 3:25-CV-497-DPJ-ASH

COMMISSIONER BURL CAIN, et al.                                                            DEFENDANTS

JUDGMENT

For the reasons stated in the Order entered this date, the Court finds that Gerald Boswell wishes to voluntarily dismiss this action.  Notice [8].  The Clerk is directed to dismiss this case.

**SO ORDERED AND ADJUDGED** this the 29th day of August, 2025.

                                                s/ *Daniel P. Jordan III*
                                                UNITED STATES DISTRICT JUDGE